UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                21 CR. 267 (RMB)
   -against-

                                                              **<u>ORDER</u>**
JOHN BLAND,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Thursday, June 17, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 1923

Dated: June 9, 2021
       New York, NY

                                                    _____
                                                    RICHARD M. BERMAN
                                                            U.S.D.J.