**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                  Government,

      -against-

JOHN BLAND,
                  Defendant.
------------------------------------------------------------X

21 CR. 267 (RMB)

**<u>ORDER</u>**

The change of plea hearing scheduled for Tuesday, July 6, 2021 at 11:00 AM will be held in Courtroom 17B.

Dated: June 30, 2021
       New York, NY

                                         _____
                                            RICHARD M. BERMAN
                                                U.S.D.J.