**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

  -against-

JOHN BLAND,
    Defendant.
------------------------------------------------------------X

21 CR. 267 (RMB)

**ORDER**

  The change of plea hearing previously scheduled for Tuesday, July 6, 2021 at 11:00 AM is hereby rescheduled to 9:00 AM on the same date.

  In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 1923

Dated: July 2, 2021
   New York, NY

              _____
              RICHARD M. BERMAN
              U.S.D.J.