# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 28, 2021

Hon. Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. John Bland**
    **21 Cr. 267**

Your Honor:

    With the consent of the government, I am requesting that the sentencing for Mr. Bland, currently scheduled for October 7, 2021, be adjourned for approximately two weeks. I am making this request because I need some additional time to review the final Presentence Report with Mr. Bland and prepare my sentencing submission.

    Thank you for your attention to this matter.

Respectfully submitted,

Mark B. Gombiner
Attorney for John Bland

cc: AUSA Matthew Shahabian