**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

                                                                                 21 CR. 267 (RMB)

   -against-

                                                                                **ORDER**

JOHN BLAND,
                Defendant.
------------------------------------------------------------X

      The sentencing proceeding previously scheduled for Thursday, October 21, 2021 at 9:00 AM is hereby rescheduled to 11:00 AM on the same date and will be held in Courtroom 17B.


Dated: October 13, 2021
       New York, NY

                                                                           _____
                                                                              RICHARD M. BERMAN
                                                                                 U.S.D.J.