UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,      :        21 CR. 267 (RMB)
                                         :
     - against -                      :        **ORDER**
                                         :
JOHN BLAND,                              :
                Defendant.       :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday April 25, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 786 553 559#

Dated: April 19, 2023
       New York, NY

                                                      **RICHARD M. BERMAN**
                                                          **U.S.D.J.**