**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                    Government,     :     21 CR. 267 (RMB)
                                             :
      - against -                           :     **ORDER**
                                             :
JOHN BLAND,                                  :
                    Defendant.      :
------------------------------------------------------------x

      The supervised release hearing is scheduled for Wednesday, May 31, 2023 at 10:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 511 842 552#

Dated: May 24, 2023
      New York, NY

                                                     **RICHARD M. BERMAN**
                                                            **U.S.D.J.**