UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,   :   21 CR. 267 (RMB)
                                          :
      - against -                      :   **ORDER**
                                          :
JOHN BLAND,                              :
                Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, August 3, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 495 533 707#

Dated: July 24, 2023
       New York, NY

                                            _____
                                            **RICHARD M. BERMAN**
                                                 **U.S.D.J.**