UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                Government,   :   21 CR. 267 (RMB)
                                          :
       - against -                      :   **ORDER**
                                          :
JOHN BLAND,                               :
                Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, September 14, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 279 653 034#

Dated: September 6, 2023
       New York, NY

                                                      **RICHARD M. BERMAN**
                                                             **U.S.D.J.**