UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,     :

                       Government,     :     21 CR. 267 (RMB)

          - against -     :     **ORDER**

JOHN BLAND,     :

                     Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 2, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 167 960 316#

Dated: October 25, 2023
        New York, NY

                                              _____
                                                 **RICHARD M. BERMAN**
                                                       **U.S.D.J.**