**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                              :
                         Government,      :      21 CR. 267 (RMB)
                                                              :
        - against -                           :      **ORDER**
                                                              :
JOHN BLAND,                                       :
                         Defendant.       :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, January 8, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 569 087 114#

Dated: January 3, 2024
       New York, NY

                                                          _/s/ Richard M. Berman_
                                                      **RICHARD M. BERMAN**
                                                            **U.S.D.J.**