UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
                        Government,     :      21 CR. 267 (RMB)
                                   :
      - against -                :      **ORDER**
                                   :
JOHN BLAND,                        :
                                   :
                        Defendant.      :
-----------------------------------------------------------------x


       The supervised release hearing is scheduled for Thursday, February 15, 2024 at 11:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 523 105 988#


Dated: February 7, 2024
       New York, NY

                                                   _Richard M. Berman_
                                         **RICHARD M. BERMAN**
                                               **U.S.D.J.**