**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                         Government,   :   21 CR. 267 (RMB)
                                            :
         - against -                     :   **ORDER**
                                            :
JOHN BLAND,                                 :
                         Defendant.    :
-------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, March 7, 2024 at 12:00 P.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 566 445 001#

Dated: February 28, 2024
       New York, NY

                                                                  _/s/ Richard M. Berman_
                                                  **RICHARD M. BERMAN**
                                                            **U.S.D.J.**