**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 21 CR. 267 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| JOHN BLAND, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, March 12, 2024 at 2:00 P.M. will take place in Courtroom 17B.

Dated: March 7, 2024
　　　　New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.