**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                            :
                          Government,    :    21 CR. 267 (RMB)
                                                                            :
      - against -                                 :    **ORDER**
                                                                            :
                                                                            :
JOHN BLAND,                                            :
                                                                            :
                          Defendant.     :
-------------------------------------------------------------x

        The supervised release hearing scheduled for Wednesday, April 17, 2024 at 9:30 A.M. will take place in Courtroom 17B.

Dated: April 10, 2024
        New York, NY

                                            */s/ Richard M. Berman*
                                            RICHARD M. BERMAN
                                                  U.S.D.J.