**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                        Government,          :       21 CR. 267 (RMB)
                                                :
           - against -                       :       **ORDER**
                                                :
JOHN BLAND,                                     :
                                                :
                        Defendant.           :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 11, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 419 590 265#

Dated: June 26, 2024
       New York, NY

                                                    _____
                                                    **RICHARD M. BERMAN**
                                                           U.S.D.J.