**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,             :

                :

            Government,     :      21 CR. 267 (RMB)

                :

    - against -         :      **ORDER**

                :

                :

JOHN BLAND,                :

                :

         Defendant.     :
---------------------------------------------------------------x

      The supervised release hearing scheduled for Wednesday, July 24, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: July 17, 2024
       New York, NY

                      *Richard M. Berman*

                      RICHARD M. BERMAN
                        U.S.D.J.