**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,            :

                                   :

                Government,      :     21 CR. 267 (RMB)

                                   :

        - against -        :     **<u>ORDER</u>**

                                   :

                                   :

JOHN BLAND,                      :

                                   :

                Defendant(s).    :

---------------------------------------------------------------x

        The supervised release hearing scheduled for Wednesday, September 25, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: September 18, 2024
      New York, NY

                                  *Richard M. Berman*

                            _____

                                  RICHARD M. BERMAN
                                      U.S.D.J.