UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :      21 CR. 267 (RMB)
                                         :
           - against -                   :      **ORDER**
                                         :
JOHN BLAND,                              :
                                         :
                    Defendant.           :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 22, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 445 788 867#

Dated: October 16, 2024
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.