**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :     21 CR. 267 (RMB)
                                         :
         - against -                     :     **ORDER**
                                         :
JOHN BLAND,                              :
                                         :
                    Defendant.           :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, December 4, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 362 151 764#

Dated: November 20, 2024
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**