UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                        Government,          :     21 CR. 267 (RMB)
                                             :
            - against -                      :     **ORDER**
                                             :
JOHN BLAND,                                  :
                                             :
                        Defendant.           :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 12, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 362 151 764#

Dated: December 4, 2024
       New York, NY

                                          _____
                                          RICHARD M. BERMAN
                                                U.S.D.J.