UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                            Government,     :      21 CR. 267 (RMB)
                                            :
            - against -                     :      **ORDER**
                                            :
JOHN BLAND,                                 :
                                            :
                            Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, April 15, 2025 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 235 319 847#

Dated: April 9, 2025
       New York, NY

                                                    *Richard M. Berman*
                                            _____
                                                 **RICHARD M. BERMAN**
                                                        **U.S.D.J.**