**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                Government,             :      21 CR. 267 (RMB)
                                            :
    - against -                            :      **ORDER**
                                            :
                                            :
JOHN BLAND,                                 :
                                            :
                Defendant.              :
------------------------------------------------------------x

        The supervised release hearing scheduled for Tuesday, May 20, 2025 at 12:00 P.M. will take place in Courtroom 17B.

Dated: May 14, 2025
       New York, NY

                                                  RICHARD M. BERMAN
                                                      U.S.D.J.