**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Government, | :  21 CR. 267 (RMB) |
| | : |
| - against - | :  **ORDER** |
| | : |
| JOHN BLAND, | : |
| | : |
| Defendant. | : |

-------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, June 3, 2025 at 1:00 P.M. will take place in Courtroom 17B.

Dated: May 28, 2025
        New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.