UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 21 CR. 267 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| JOHN BLAND, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, September 16, 2025 at 2:30 P.M. will take place in Courtroom 17B.

Dated: September 10, 2025
        New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.