UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 21 CR. 267 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| JOHN BLAND, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, November 12, 2025 at 12:00 P.M. will take place in Courtroom 17B.

Dated: November 5, 2025
    New York, NY

*Richard M. Berman*
RICHARD M. BERMAN
U.S.D.J.