**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                   :

                   Government,   :   21 Cr. 267 (RMB)

     - against -                                 :   **ORDER**

                                   :

JOHN BLAND,                                             :

                Defendant.   :

------------------------------------------------------------------x

The supervised release hearing previously scheduled for February 12, 2026 at 9:00 A.M. is hereby rescheduled to February 12, 2026 at 2:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: February 5, 2026
       New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**