**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            -against-

JOHN BLAND,

                     Defendant.

21 Cr. 267 (RMB)

**ORDER**

The Court hereby orders that Mr. John Bland's term of supervised release is terminated effective February 12, 2026 for the reasons stated on the transcript of the February 12, 2026 supervised release hearing. *See* Tr. of Proceedings held on February 12, 2026.

Date: February 12, 2026
New York, New York

RMB
_____
**RICHARD M. BERMAN, U.S.D.J.**